UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN NYGRA, | ) |
| *Plaintiff* | ) |
| v. | ) Cause No. 2:20-cv-146 RLM-SLC |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| *Defendant* | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 24]. Accordingly, the court ADOPTS those findings and the recommendation, REVERSES the Commissioner's decision, and REMANDS this case to the Social Security Administration for further proceedings.

SO ORDERED.

ENTERED:  March 29, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court